# UNITED STATES DISTRICT COURT
for the
## MIDDLE DISTRICT of PENNSYLVANIA

| | |
|---|---|
| TRACY LEE MATCHESON, | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.    1:16-CV-0671 |
| NANCY A. BERRYHILL, Acting Commissioner of Social | ) |
| Security, | )    (Chief Judge Conner) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)*
_____ recover costs from the plaintiff *(name)*
_____ .

X   other:    JUDGMENT be and is hereby ENTERED in favor of defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security, and against plaintiff TRACY MATCHESON, as follows: The decision of the Commissioner decision denying the application for disability insurance benefits and supplemental security income of Tracy Lee Matcheson is AFFIRMED, in accordance with the court's order (Doc. 12), dated September 6, 2017.

This action was *(check one)*:

☐ tried by a jury with Judge or Magistrate Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge or Magistrate Judge _____ without a jury and the above decision

X   decided by Judge or Magistrate Judge    Chief Judge Christopher C. Conner

### COMPLAINT FOR REVIEW OF HHS DECISION (SSID)

Date: _____ Sep 6, 2017 _____    *CLERK OF COURT*   PETER WELSH, Acting Clerk of Court

K. McKinney

_____
*Signature of Clerk or Deputy Clerk*